# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24523-CMB |
| SCOTT C. TYNER, | : | Chapter 13 |
|       Debtor. | : | |
| | : | |
| | : | Document No. |
| SCOTT C. TYNER, | : | |
|       Movants, | : | |
| | : | |
|       v. | : | **Date and time of hearing:** |
| | : | **January 14, 2026 at 10:30 a.m.** |
| | : | |
| All Parties on Court Mailing Matrix, and | : | |
| Ronda Winnecour, Trustee, | : | |
|       Respondents. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO REOPEN CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief to Reopen Chapter 13 Case has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than December 23, 2025.

Date: January 2, 2026                  /s/Amy L. Zema
                                                 Amy L. Zema, Esquire
                                                 PA ID: 74701
                                                 2366 Golden Mile Highway, #155
                                                 Pittsburgh, PA 15239
                                                 (412) 744-4450
                                                 amy@zemalawoffice.com
                                                 *Attorney for Debtor*