| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24523-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Tue Jan 20 14:20:05 EST 2026 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Quicken Loans, LLC<br>Quicken Loans, LL<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 |
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | CBNA<br>50 NW Point Blvd.<br>Fox River Grove, IL 60021 |
| CREDIT FIRST NA<br>PO BOX 818011<br>CLEVELAND, OH 44181-8011 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Credit First<br>6275 Eastland Road<br>Brookpark, OH 44142-1399 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | JPMCB Card Services<br>PO Box 15369<br>Wilmington, DE 19850-5369 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Kohls/Capital One<br>N56W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Laurie Tyner<br>321 James Avenue<br>North Versailles, PA 15137-2025 |
| Midland Funding LLC<br>PO Box 2037<br>Warren, MI 48090-2037 | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA 22119-3000 | Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 |
| Navient PC TRUST c/o<br>Navient Solutions, LLC.<br>PO BOX 9640<br>Wilkes-Barre, PA 18773-9640 | Nelnet<br>3105 S. Parker Rd., Ste. 400<br>Denver, CO 80201 | Nelnet on behalf of Ascendium Education Solu<br>Ascendium Education Solutions<br>PO Box 8961<br>Madison, WI 53708-8961 |

```
Office of the United States Trustee      (p)PORTFOLIO RECOVERY ASSOCIATES LLC      QUICKEN LOANS INC.
1000 Liberty Avenue                      PO BOX 41067                              BANKRUPTCY TEAM
Suite 1316                               NORFOLK VA 23541-1067                     635 WOODWARD AVE.
Pittsburgh, PA 15222-4013                                                          DETROIT MI 48226-3408


Quicken Loans                            SOFI                                      SYNCB/Levin
1050 Woodward Ave.                       2750 E. Cottonwood Parkway                PO Box 965036
Detroit, MI 48226-3573                   Salt Lake City, UT 84121-7285             Orlando, FL 32896-5036


SYNCB/Old Navy                           SoFi Lending Corp                         Syncb/Sams Club
PO Box 965005                            2750 E Cottonwood Pkwy Suite 300          PO Box 965005
Orlando, FL 32896-5005                   Cottonwood Heights, UT 84121-7285         Orlando, FL 32896-5005


Syncb/Scorerewards                       Synchrony Bank                            Synchrony Bank
PO Box 965005                            c/o PRA Receivables Management, LLC       c/o of PRA Receivables Management, LLC
Orlando, FL 32896-5005                   PO Box 41021                              PO Box 41021
                                         Norfolk VA 23541-1021                     Norfolk, VA 23541-1021


THD/CBNA                                 USAA Federal Savings Bank                 USAA Savings Bank
Home Depot                               Robertson, Anschutz, Schneid, Crane & Pa  10750 McDermott Freeway
PO box 6497                              10700 Abbotts Bridge Road, Suite 170      San Antonio, TX 78288-1600
Sioux Falls, SD 57117-6497               Duluth, GA 30097-8461


Amy L. Zema                              Brooke B. McMorrow                        Ronda J. Winnecour
Law Office of Amy L. Zema                3100 Koppers Building                     Suite 3250, USX Tower
2366 Golden Mile Highway                 436 Seventh Avenue                        600 Grant Street
#155                                     Pittsburgh, PA 15219-1826                 Pittsburgh, PA 15219-2702
Pittsburgh, PA 15239-2710


Scott C. Tyner
202 Kousa Lane
Venetia, PA 15367-1713
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems, LLC           American Honda Finance                    (d)American Honda Finance Corporation
PO Box 7999                              201 Little Falls Drive                    National Bankruptcy Center
St Cloud, MN 5632-9617                   Wilmington, DE 19808                      P.O. Box 168088
                                                                                   Irving, TX 75016-8088


Citizens Bank                            (d)Citizens Bank N.A.                     Discover Financial Services
1 Citizens Drive                         One Citizens Bank Way                     PO Box 15316
Riverside, RI 02915                      Mailstop: JCA115                          Wilmington, DE 19850
                                         Johnston, RI 02919
```

| | | |
|---|---|---|
| (d)Jefferson Capital Systems LLC<br>PO BOX 7999<br>St. Cloud, MN 56302-9617 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank, N.A. | (u)QUICKEN LOANS INC. | (u)Rocket Mortgage, LLC f/k/a Quicken Loans, |

| | |
|---|---|
| (d)LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | End of Label Matrix<br>Mailable recipients    48<br>Bypassed recipients     4<br>Total                  52 |