# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24523-CMB |
| SCOTT C. TYNER, | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | Document No. |
| SCOTT C. TYNER, | : | |
| Movants, | : | |
| | : | **Hearing Date and Time:** |
| v. | : | **March 25, 2026 at 10:00 a.m.** |
| | : | |
| | : | |
| All Parties on Court Mailing Matrix, and | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
## APPLICATION FOR APPROVAL OF SPECIAL COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtor has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than February 7, 2026.


Date:  February 11, 2026                    /s/Amy L. Zema
                                            Amy L. Zema, Esquire
                                            PA ID: 74701
                                            2366 Golden Mile Highway, #155
                                            Pittsburgh, PA 15239
                                            (412) 744-4450
                                            amy@zemalawoffice.com
                                            *Attorney for Debtors*