# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24523-CMB |
| SCOTT C. TYNER, | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | Document No. |
| SCOTT C. TYNER, | : | |
| Movants, | : | |
| | : | **Hearing Date and Time:** |
| v. | : | **March 25, 2026 at 10:30 a.m.** |
| | : | |
| | : | |
| All Parties on Court Mailing Matrix, and | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING
## APPLICATION FOR APPROVAL OF SPECIAL COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Special Counsel for Debtor has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than February 7, 2026.

Date:  February 12, 2026                     /s/Amy L. Zema
                                             Amy L. Zema, Esquire
                                             PA ID: 74701
                                             2366 Golden Mile Highway, #155
                                             Pittsburgh, PA 15239
                                             (412) 744-4450
                                             amy@zemalawoffice.com
                                             *Attorney for Debtors*