# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24523-CMB |
| SCOTT C. TYNER, | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | Document No. |
| SCOTT C. TYNER, | : | |
| Movants, | : | |
| | : | **Hearing Date and Time:** |
| v. | : | **March 25, 2026 at 10:03 a.m.** |
| | : | |
| | : | |
| All Parties on Court Mailing Matrix, and | : | |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR TO APPROVE SETTLEMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Debtor to Approve Settlement has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than February 7, 2026.

Date:  February 11, 2026                        /s/Amy L. Zema
                                                Amy L. Zema, Esquire
                                                PA ID: 74701
                                                2366 Golden Mile Highway, #155
                                                Pittsburgh, PA 15239
                                                (412) 744-4450
                                                amy@zemalawoffice.com
                                                *Attorney for Debtors*