**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-24523-CMB |
| SCOTT C. TYNER, | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | Document No. 157 |
| SCOTT C. TYNER, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| All Parties on Court Mailing Matrix, and | : | **ENTERED BY DEFAULT** |
| Ronda Winnecour, Trustee, | : | |
| Respondents. | : | |

**ORDER OF COURT**

AND NOW, upon consideration of Debtor's Motion to Approve Settlement, it is hereby

ORDERED that the settlement of Debtor's claim is hereby APPROVED.

IT IS FURTHER ORDERED that the total settlement of $10,000.00 is to be distributed

pursuant to the Wagstaff & Cartmell SM Disbursement Statement as follows:

1. Common Benefit Assessment: $900.00

2. Attorney Fees: $3,640.00

3. Attorney Expenses: $584.35

4. Administrative Costs: $30.00

5. Debtor is awarded the remainder of $4,845.65

FILED
2/12/26 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Date:    February 12, 2026

Carlota M. Bohm    dmr
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-24523-CMB

Scott C. Tyner                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Scott C. Tyner, 202 Kousa Lane, Venetia, PA 15367-1713 |
| sp | + | Andrew N. Faes, Wagstaff & Cartnell, LLP, 4740 Grand Avenue, Suite 300, Kansas City, MO 64112-2255 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Scott C. Tyner amy@zemalawoffice.com |
| Chandra Marie Arkema | on behalf of Creditor Quicken Loans  LLC tuhawkeye@msn.com, carkema@squirelaw.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Garry Alan Masterson | on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com, gmasterson@weltman.com |
| Keri P. Ebeck | |

District/off: 0315-2 User: auto Page 2 of 2

Date Rcvd: Feb 12, 2026 Form ID: pdf900 Total Noticed: 2

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lorraine Gazzara Doyle

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com,
logsecf@logs.com

Mario J. Hanyon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor QUICKEN LOANS INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com,
wbecf@brockandscott.com

Michael John Clark

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mclark@pincuslaw.com,
brausch@pincuslaw.com

Michael John Clark

on behalf of Creditor QUICKEN LOANS INC. mclark@pincuslaw.com  brausch@pincuslaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor QUICKEN LOANS INC. pawb@fedphe.com


TOTAL: 14